# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERALD FORD

NO. 2026 KW 0158

**MAY 18, 2026**

---

In Re:     Gerald Ford, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 23-FELN-046894.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** This application appears to be a request for postconviction relief filed with this court in the first instance. Relator has not demonstrated that he sought relief in the district court below before filing in this court nor shown any extraordinary circumstances that would justify bypassing the district court. See La. Code Crim. P. arts. 924(1) & 926(A).

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT